# SEALED

**Office of the United States Attorney**
District of Nevada
Lloyd D. George Federal Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

DANIEL G. BOGDEN
United States Attorney
CRISTINA D. SILVA
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Fax: (702) 388-6418

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-cr-00199-JCM-PAL |
| PLAINTIFF, | EX PARTE MOTION TO UNSEAL |
| VS. | |
| EDWARD MARK FELIX, | |
| DEFENDANT. | |

## EX PARTE MOTION TO UNSEAL

The United States of America, through counsel undersigned, hereby requests an order from the Court unsealing criminal case number 2:12-cr-00199-JCM-PAL. The defendant made his initial appearance and entered a plea of not guilty to the indictment, and is currently pending trial before the Honorable James C. Mahan. As a result, there is no further investigative necessity that this case remain under seal.

DATED: 20th day of MARCH, 2013.

CRISTINA D. SILVA
Assistant United States Attorney

SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

March 22, 2013
**Date**